FILED

11/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0198

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### Supreme Court Cause No. DA 23-0198

GARDINER-PARK COUNTY WATER
AND SEWER DISTRICT,                              )
)   **ORDER GRANTING**
)   **UNCONTESTED MOTION**
Plaintiff/Counter-Defendant,     )   **FOR EXTENSION OF TIME**
and Appellee and Cross-Appellant,                )   **TO FILE REPLY/ANSWER**
)   **BRIEFS**
)
v.                                  )
)
DONALD KNIGHT, GINA M. KNIGHT,                   )
LANDON KNIGHT, and JOHN DOES 1-10,               )
)
Defendants/Counter-Plaintiffs,   )
and Appellants.                                  )
_____  )
)
DONALD KNIGHT and GINA M. KNIGHT,                )
)
Third-Party Plaintiffs,          )
)
v.                                  )
)
PARK COUNTY, a political subdivision of          )
the State of Montana, acting by and through its  )
County Commissioners, Bill Berg, Steve           )
Caldwell, and Clint Tinsley,                     )
)
Third-Party Defendants.          )
_____  )
)
GARDINER-PARK COUNTY WATER                       )
AND SEWER DISTRICT,                              )
)
Third-Party Plaintiff and,       )
Cross-Appellant,                                 )
)

1

| | |
|---|---|
| v. | ) |
| | ) |
| STANDISH EXCAVATION, LC, | ) |
| | ) |
|     Third-Party Defendant. | ) |
| | ) |
| | ) |
| DONALD KNIGHT, GINA M. KNIGHT, and LANDON KNIGHT, | ) |
| | ) |
|     Third-Party Plaintiffs and, Appellants, | ) |
| | ) |
| v. | ) |
| | ) |
| THOMAS E. STONE, DONALD L. CLARK, VICTOR D. BEERS, and BRAD A. HARBACH, | ) |
| | ) |
|     Third-Party Defendants, and Appellees. | ) |
| | ) |

Appellants, Donald Knight, Gina M. Knight, and Landon Knight, have moved this Court, pursuant to Mont. R. App. P. 26, for a 30-day extension, from November 9, 2023, up to and including December 11, 2023, in which to file their reply briefs and answer to cross-appeal in this matter. The other parties do not oppose the motion.

IT IS HEREBY ORDERED that Appellants shall have up to and including December 11, 2023, to file their reply briefs and answer to cross-appeal brief.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 3 2023